TERRY *v.* COOPER.

SIMMONS, C. J.    Where a bill of exceptions assigns error upon a judgment which is apparently regular and correct, and does not show what points were decided or made in the court below, or specify wherein the judgment complained of was erroneous, the assignment of error is insufficient, the plaintiff in error has failed to affirmatively show error, and the judgment must be affirmed.     *Judgment affirmed.    All the Justices concur.*

Argued November 18, — Decided December 9, 1903.

Possessory warrant.    Before Judge Reece.    City court of Floyd county.    January 24, 1903.

The bill of exceptions sets out the evidence introduced at the trial, and says : " After hearing evidence and argument, the court then and there decided said cause adversely to this plaintiff in error, and entered up judgment for defendant.    To which actions plaintiff then excepted and now excepts and assigns the same as error."    There is no further assignment of error.

*Seaborn & Barry Wright*, for plaintiff.
*George A. H. Harris* and *R. L. Chamlee*, for defendant.